Order issued December 6 , 2012

005198



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01578-CV

## IN THE INTEREST OF S.B., A CHILD

## ORDER

We **GRANT** appellant's November 28, 2012 motion for an extension of time to file a docketing statement. Appellant shall file her docketing statement on or before December 20, 2012.

DOUGLAS S. LANG
JUSTICE